**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **SAMUEL DIAS CAIXETA GONCALVES** **#A220-225-971** | **CASE NO.  1:26-CV-01589 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN CENTRAL LOUISIANA I C E** **PROCESSING CENTER ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**MEMORANDUM ORDER**

Before the court is a Motion for Order Facilitating Immediate Return [doc. 7], filed by petitioner Samuel Dias Caiexta Goncalves, a native and citizen of Brazil. Petitioner is challenging his immigration detention under 28 U.S.C. § 2241. *See* doc. 1. Three weeks after filing his habeas petition, he filed this emergency motion arguing that the government had wrongfully removed him from the United States despite his pending habeas petition and an order from another district court stating that he was entitled to a bond hearing. Doc. 7. Accordingly, he asks that this court order his immediate return to the United States in order to preserve jurisdiction.

As the government points out in opposition, petitioner was deported subject to a final order of removal. This renders his habeas petition, which is the proper vehicle for challenging only the fact of his immigration detention rather than the merits of his underlying case, moot. *See, e.g.*, *Oguntuyi v. Manuel*, No. 2:24-CV-1069, 2025 WL 2399184, at *2 (W.D. La. July 21, 2025), *report and recommendation adopted*, No. 2:24-CV-1069, 2025 WL 2398645 (W.D. La. Aug. 18, 2025) ("Here, Petitioner challenged the

lawfulness of his continued detention. Because Petitioner is no longer detained and has been removed from the United States, the § 2241 petition is moot."); *Francis v. Lynch*, 622 F. App'x 455, 455-56 (5th Cir. 2015) (challenge to length of detention awaiting removal became moot when the petitioner was removed); *Odus v. Ashcroft*, 61 F. App'x 121 (5th Cir. 2003) (same). There is no basis for granting his request for emergency relief or any other relief under his habeas petition. **IT IS THEREFORE ORDERED** that the Motion [doc. 7] be **DENIED** and that this matter be **DISMISSED WITHOUT PREJUDICE** as moot.

   **THUS DONE AND SIGNED** in Chambers on the 15th day of July, 2026.

       **JAMES D. CAIN, JR.**
      **UNITED STATES DISTRICT JUDGE**